34920. KRAUSE et al. v. CITY OF BRUNSWICK et al.

This court had determined that this is a proper case for application of Rule 59.

*Judgment affirmed. All the Justices concur, except Hall and Marshall, JJ., who dissent.*

ARGUED MAY 15, 1979 — DECIDED SEPTEMBER 27, 1979.

*Moreton Rolleston, Jr.,* for appellants.
*Eugene Highsmith, Taylor, Bishop & Lee, Thomas J.*

*Lee,* for appellees.

*Arthur K. Bolton, Attorney General, Patricia I. Barmeyer, Assistant Attorney General,* amicus curiae.